In and For U.S District Court in and For the District of Arizona

Arizon

vs

Jose Concepcion Gonzalez Esparza

Case —

Maricopa County Superior court # 2013-427050-001

CV-21-414-PHX-JJT(JZB)

Motion to Fight Deportion to Good cause showing

28 USC 2254 - writ

sign - Jose Concepcion Gonzalo Esparza
date -

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIV 5.4, 7.1(a)(1)
(Rule Number/Section)

Ice - NICS - #                                         3-4-21

Home Land Security.

- MCSO - Incident -
     13 - 112310
     6-10-2003

Immigration - Detainer

Subject ID 346719262
event - PHX - 1306000549
US Immigration
H-G00662 - Gonzalez - D/O

602-379-3235

File # 202-056-481
6-29-2005

Sworn Affidavit

SIG/ José Concepción ~~Esparza~~ Gonzalez
                                              Esparza.
3-4-21

MCSO - 6-10-2013
Supplimental Report
DR- 13-112310
Phoenix Az   602-876-1087
Lt - F Aldorasi  # 875
Sgt G Pepe # 1319
3335 W Durango St
PHx - Az 85009.

Additional - Information.

sign José Concepción Gonzalez Esparza.
date - 3-4-21

Certification
of mail-service

Jose Gonzalez Esparza
302104 - ADOC

3-4-21
sign x José Concepción Gonzalez Esparza

CC Maricopa County
Superior Court
PHX - AZ 85003

U.S District Court
PHX - AZ 85003